UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 17. Statement of Related Cases Pursuant to Circuit Rule 28-2.6**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form17instructions.pdf

**9th Cir. Case Number(s)** 19-71432

The undersigned attorney or self-represented party states the following:

○ I am unaware of any related cases currently pending in this court.

○ I am unaware of any related cases currently pending in this court other than the case(s) identified in the initial brief(s) filed by the other party or parties.

⦿ I am aware of one or more related cases currently pending in this court. The case number and name of each related case and its relationship to this case are:

> April Mottahedeh,
> Petitioner-Appellant,
> v.
> Commissioner of Internal Revenue,
> Respondent-Appellee.
> No. 19-71410
> April Mottahedeh is wife of Appellee, Peymon Mottahedeh. Mr. and Mrs. Mottahedeh are conducting separate appeals before this court from the adverse decision of the US Tax court against each of them in the same Opinion and judgment of the US Tax Court.

**Signature** /s/ Peter Giblons   **Date** January 18, 2021

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 17**                                                                 *New 12/01/2018*