# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| **Peymon Mottahedeh,** ) | ) Case No.: 19-71432 |
| Petitioner - Appellant, ) | ) Tax Ct. No.: 22039-11 |
| ) | |
| v. ) | ) Appellant's Motion to Extend Time |
| ) | ) to File Opening Brief |
| **COMMISSIONER OF INTERNAL** ) | |
| **REVENUE,** ) | |
| ) | |
| Respondent - Appellee. ) | |

## Appellant's Motion to Extend Time

1. Comes now Appellant Peymon Mottahedeh, through his undersigned recently retained counsel, and respectfully moves this Court for an order extending for 70 days the time for Appellant to file his opening brief, from the present due date of January 19, 2021 to March 30, 2021. As grounds for this motion, movant presents the following in support:

2. Appellant's counsel resides in Nevada. Appellant resides in Florida. Appellant retained the undersigned as Counsel to represent her in this appeal only recently on January 18, 2021.

3. Counsel has had no prior involvement in the Tax Court Proceedings that have led to this appeal or in this appeal prior to January 18, 2021.

4. This appeal is from a 4-day US Tax Court trial, with numerous documents and exhibits that total over 5,000 pages of record. This case contests, inter alia, the Appellee's use of Bureau of Labor Statistics (*hereinafter "BLS"*) as well as California Community Property Laws (*hereinafter "CCPL"*) to make tax assessments against Appellant.

5.  This case has a very unique and extensively developed facts and evidence in relation to use of BLS data by Appellee as well as CCPL to estimate proposed taxes against Appellant. Use of BLS in estimating tax is rare and will require significant research to brief. To compose a well-researched brief of this area of tax law, with the voluminous trial document and exhibit records in this case, will require the additional time requested herein.

6.  Counsel will need the 70 days requested to adequately study the record and research the applicable law to competently prepare his Opening Brief. If this extension of time is not granted, counsel will be forced to withdraw given his existing case-load and the significant preparation time that will be necessary for this Opening Brief.

7.  Undersigned counsel has contacted AUSA counsel for the Respondent, Curtis Pett, inquire if he objects to this motion and he has responded to me that he does not object to this Motion to Extend Time.

8.  Wherefore Appellant requests that this Court grant the Appellant 70 additional days, until March 30, 2021 to file Appellant's Opening Brief.

9.  Respectfully submitted.

                                          Dated this January 19, 2021

                                          *Peter Gibbons*
                                          Peter Gibbons
                                          Counsel for Appellant
                                          1805 North Carson Street, Suite E
                                          Carson City, NV 89701-1216
                                          775-434-1856 Ph.
                                          775-276-6927 Fax
                                          LawDr1@lawdr.us

## Certificate Of Service

I hereby certify that I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the Ninth Circuit by using the CM/ECF system on the date listed below:

**Appellant's Certificate Of Interested Persons**

I hereby certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated this January 19, 2021

*Peter Gibbons*

Peter Gibbons
Counsel for Appellant
1805 North Carson Street, Suite E
Carson City, NV 89701-1216
775-434-1856 Ph.
775-276-6927 Fax
LawDr1@lawdr.us