| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUN 12 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| PEYMON MOTTAHEDEH,<br><br>    Petitioner - Appellant,<br><br> v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br><br>    Respondent - Appellee. | No. 19-71432<br><br>Tax Ct. No. 22039-11<br>United States Tax Court<br><br>**MANDATE** |

The judgment of this Court, entered April 20, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $115.15.

                                              FOR THE COURT:

                                              MOLLY C. DWYER<br>                                              CLERK OF COURT